# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:12cr78

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| MATTHEW MONTGOMERY. | ) |
| _____ | ) |

**THIS MATTER** is before the court on the government's Motion to Dismiss Count One. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Count One (#17) is **GRANTED,** and Count One of the Indictment is dismissed without prejudice.

Signed: May 4, 2012

Max O. Cogburn Jr.
United States District Judge